AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

FELTON L. MATTHEWS, JR.,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:08-cv-00091-LRH-VPC**

C/O FEIL, et al.,

     Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED for failure to state a claim upon which relief can be granted.

  May 29, 2008                          **LANCE S. WILSON**
                                                 Clerk

                                                 /s/ Kalani Lizares
                                                 Deputy Clerk